IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL J. SULLIVAN,<br>MICHAEL LOWRY,<br>ROBERT MULGREW,<br>WILLIE SINGLETARY,<br>THOMASINE TYNES,<br>MARK A. BRUNO,<br>WILLIAM HIRD,<br>HENRY P. ALFANO and<br>ROBERT MOY,<br><br>      Defendants. | CRIMINAL ACTION<br><br>No. 13-cr-00039-3<br><br>FILED<br>APR 08 2014<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

### ORDER

**AND NOW**, this 8th day of April, 2014, upon consideration of Defendant Robert Mulgrew's Motion for Joinder in Co-Defendant Michael J. Sullivan's Motion for Dismissal of Certain Wire Fraud Counts and Defendant Mulgrew's Motion to Dismiss Count 36 (Doc. No. 168), it is hereby **ORDERED** that the Motion for Joinder in Co-Defendant Michael J. Sullivan's Motion for Dismissal of Certain Wire Fraud Counts is **GRANTED** and Defendant Mulgrew's Motion to Dismiss Count 36 is **DENIED WITHOUT PREJUDICE**.

                 BY THE COURT:

                 */s/ Robert F. Kelly*
                 ROBERT F. KELLY
                 SENIOR JUDGE